*E-FILED:  June 20, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANADA LIFE ASSURANCE COMPANY, | No. C12-04784 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| CYPRESS COAST FORD, | |
| Defendant. | |
| _____/ | |

The parties having advised that this case has settled, the court orders as follows:

**On or before August 16, 2013**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **August 27, 2013, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  The parties shall file a joint statement in response to this Order to Show Cause **no later than August 20, 2013**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

1  statement in response to this Order.

2      SO ORDERED.

3  Dated: June 20, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

<div style="margin-left: 2em; font-style: italic;">**United States District Court**
For the Northern District of California</div>

1  5:12-cv-04784-HRL Notice has been electronically mailed to:

2  Douglas Anton Marshall    dmarshall@kmlaw100.com

3  Edward C Stewart    stewart@wtotrial.com, graham@wtotrial.com, powell@wtotrial.com

4  Joseph Charles Faucher    joe.faucher@dbr.com, cesar.ibanez@dbr.com, Docket_LA@dbr.com, tamara.castro@dbr.com

3